UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:09-CR-1 RM |
| | ) | |
| WILLIAM GREG KROA (01) and | ) | |
| NOR AM PLASTICS RECYCLING, | ) | |
| INC. (02) | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on January 6, 2009. Accordingly, the court ADOPTS those findings and recommendations [docket # 10], ACCEPTS the pleas of guilty by defendants William Kroa and Nor Am Plastics Recycling, Inc., and FINDS the defendants guilty of Count 1 of the Information, in violation of 21 U.S.C. §§ 331(a), 333(a)(2), and 352(a), and guilty of Count 2 of the Information, in violation of 18 U.S.C. § 1343.

SO ORDERED.

ENTERED:   January 27, 2009

　　　　　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　United States District Court